## DOOLY, ordinary, *et al. v.* GATES.

REID, Chief Justice. In the bill of exceptions error is assigned on the overruling of a demurrer to a petition for mandamus. It does not appear that mandamus absolute has been granted, and no error is assigned on such a judgment. We have several times ruled that a writ of error of this character is premature. *Bridges* v. *Poole,* 176 *Ga.* 500 (168 S.

E. 577); *Board of Education of Miller County* v. *Sheffield*, 177 *Ga.* 100 (169 S. E. 302); *Ramsey* v. *Mingledorff*, 183 *Ga.* 701 (189 S. E. 521). The writ of error is dismissed, with direction that the plaintiff in error be allowed to file the copy of the bill of exceptions in the superior court, as exceptions pendente lite.

*Writ of error dismissed, with direction. All the Justices concur.*

No. 13763. JUNE 16, 1941. REHEARING DENIED JULY 9, 1941.

*Jesse M. Sellers*, for plaintiffs in error. *W. B. Robinson*, contra.